# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1449

_____

Vivian I. Wolfe-Holmes,

   Appellant,

  v.

James D. Robertson, In his individual
and official capacity; Patricia A.
Mackey, In her individual and official
capacity; John Does, #1 - 10, In their
individual and official capacity,

   Appellees.

\*
\*
\*
\*
\* Appeal from the United States
\* District Court for the
\* Eastern District of Arkansas.
\*
\*
\* [UNPUBLISHED]
\*
\*
\*
\*

_____

Submitted: December 30, 2005
Filed: January 10, 2006

_____

Before MELLOY, HANSEN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

  Vivian Wolfe-Holmes appeals the district court's[1] dismissal of her 42 U.S.C. §§ 1983, 1985, and 1986 complaint against two Arkansas attorneys and ten John Doe defendants. Wolfe-Holmes alleged that defendants James Robertson and Patricia Mackey ineffectively represented her in a previous lawsuit and conspired with others

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

to deny her constitutional rights.  Upon de novo review, <u>see</u> <u>Ferris, Baker Watts, Inc. v. Ernst & Young, LLP</u>, 395 F.3d 851, 853 (8th Cir. 2005) (standard of review), we conclude the judgment of the district court was correct.  <u>See</u> 8th Cir. R. 47B.

Accordingly, we affirm.  We also deny Mackey's pending motion.
_____